IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANITA VIJAY AND JAI VIJAY,<br><br>Debtor.<br><hr>BANK OF AMERICA, N. A.,<br><br>Garnishee. | Case No. 2:23-MC-00239-TLN-CKD<br><br>**ORDER DIRECTING CLERK TO CLOSE CASE** |

    The Court, having carefully reviewed the entire file, and the United States' Notice of Withdrawal of Application for Writ of Continuing Garnishment and Request for Clerk to Close Miscellaneous Case, and finding good cause therefrom, hereby GRANTS the Request.

    Accordingly, it is ORDERED THAT the Clerk of the United States District Court shall CLOSE this miscellaneous case.

    IT IS SO ORDERED.

Dated:  August 22, 2023

                                                     Troy L. Nunley<br>                                                     United States District Judge